THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| ASSOCIATED INDUSTRIES INSURANCE COMPANY, INC., a Florida Insurance Company,<br><br>Plaintiff,<br><br>v.<br><br>COMMUNITAS, INC., a Texas Corporation; WEBTPA EMPLOYEE SERVICES, LLC, a Texas Limited Liability Company, and INLAND NORTHWEST RENAL CARE GROUP, LLC d/b/a NORTHPOINTE DIALYSIS, a Washington Limited Liability Company,<br><br>Defendants. | CASE NO. 21-0708-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion regarding Defendants' answers to Plaintiff's complaint (Dkt. No. 19). Having thoroughly considered the motion and the relevant record, and finding good cause, the Court GRANTS the motion and ORDERS that Defendants' respective responsive pleadings to Plaintiff's complaint shall be filed no later than Wednesday, August 18, 2021.

//

MINUTE ORDER
21-0708-JCC
PAGE - 1

DATED this 2nd day of August 2021.

Ravi Subramanian
Clerk of Court

s/Paula McNabb
Deputy Clerk