THE HONORABLE JOHN C. COUGHENOUR

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9
10
11
12
13
14
15
16
17
18

| | |
|---|---|
| ASSOCIATED INDUSTRIES INSURANCE COMPANY, INC., a Florida Insurance Company,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMUNITAS, INC., a Texas Corporation; WEBTPA EMPLOYEE SERVICES, LLC, a Texas Limited Liability Company, and INLAND NORTHWEST RENAL CARE GROUP, LLC d/b/a NORTHPOINTE DIALYSIS, a Washington Limited Liability Company,<br><br>    Defendants. | CASE NO. C21-0708-JCC<br><br>MINUTE ORDER |

19
20
21
22
23
24
25
26

        The following Minute Order is made by direction of the Court, the Honorable John C.

Coughenour, United States District Judge:

        This matter comes before the Court on the parties' stipulated motion to amend the case

caption (Dkt. No. 32). The parties request that the case caption be amended to reflect the correct

name of Defendant WebTPA Employer Services, LLC. (*Id.*) Having thoroughly considered the

motion and the relevant record, the Court hereby GRANTS the motion. The Clerk is DIRECTED

to modify the case caption to change "WEBTPA EMPLOYEE SERVICES, LLC" to "WEBTPA

1  EMPLOYER SERVICES, LLC."

2        DATED this 15th day of September 2021.

3                                          Ravi Subramanian
                                           Clerk of Court

4                                          s/Sandra Rawski
5                                          Deputy Clerk

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MINUTE ORDER
C21-0708-JCC
PAGE - 2